### R. P. CHADWICK v. STATE.
No. 14461.

Court of Criminal Appeals of Texas.
June 17, 1931.

See, also, 42 S.W.(2d) 429.

O'Brien Stevens, Crim. Dist. Atty., and E. T. Branch, both of Houston, and Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for forgery; punishment, seven years in the penitentiary.

The charge in this case is the forgery of a deed. Appellant seems not to have been represented by counsel upon the trial, and we find in the record no bills of exception complain-ing of any error supposed to have occurred during the trial. A motion for new trial was filed by appellant in person. The complaints set out in said motion do not appear to be in such form, or of such substance, as to induce this court to believe any reversible error was committed during the trial.

The judgment will be affirmed.

On Motion for Rehearing.

MORROW, P. J.

This is a companion case to 42 S.W.(2d) 429, in which the motion for rehearing has this day been overruled, and the remarks there made are applicable to the present motion, which is also overruled.

### JOHNSON v. STATE.
No. 14534.

Court of Criminal Appeals of Texas.
June 17, 1931.

Rehearing Denied Oct. 28, 1931.

Wallace Hughston and A. M. Wolford, both McKinney, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CALHOUN, J.

Offense, the unlawful sale of intoxicating liquor; penalty, one year in the penitentiary.

The record in this case is here without either a statement of facts or any bill of exception, and presents nothing for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.